CITY BANK TRUST COMPANY, as Trustee under Mortgage Executed by IROQUOIS UTILITIES, INC., Respondent, v. IROQUOIS UTILITIES, INC., and Others, Defendants, Impleaded with CHARLES C. JONES, as Trustee of IROQUOIS UTILITIES, INC., Bankrupt, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.  All concur.  Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CLARA F. KETCHAM, Respondent, v. FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements.  All concur.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

MARY DORIS KETCHAM, an Infant, by CLARA F. KETCHAM, Her Guardian ad Litem, Respondent, v. FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Estate of MARTIN L. FENTON, Deceased.— Decree affirmed, with costs.  All concur.  Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

VIKTOR B. DOLD, Respondent, v. M'LISS FRANCES DOLD and Others, as Executors, etc., of JACOB C. DOLD, Deceased, Appellants.— Judgment and orders affirmed, with costs.  All concur, except Taylor, J., not voting.  Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

PATRICK J. DAVERN, Respondent, v. AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs, on the grounds stated in the opinion in *Hessler* v. *North River Ins. Co.* (211 App. Div. 595). All concur.  Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

RICHARD CLAXTON HALLOCK, Appellant, v. ALICE M. FAIRCHILD, an Incompetent Person, and Others, Respondents.— Judgment affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Estate of KING S. BLACK, Deceased.— Decree affirmed, with costs to respondent payable out of the estate. All concur.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

J. C. MIRGUET, INC., Respondent, v. SCOBELL CHEMICAL CO., INC., Appellant.— Judgment and order affirmed, with costs.  All concur.  Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.